UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MERRY,<br><br>        Plaintiff,<br><br>    v.<br><br>HIGHLAND HOSPITAL, et al.,<br><br>        Defendants. | Case No. 24-cv-06312-JD<br><br>**ORDER GRANTING LEAVE TO AMEND AND REMANDING CASE** |

This is a negligence and products liability action filed by plaintiff James Merry. Merry is a nurse anesthetist who alleges he was injured when a large monitor on an anesthesia machine fell and struck his head. Defendant General Electric Company (GE) removed the action, invoking the Court's diversity jurisdiction. Dkt. No. 1. GE contended that there is a complete diversity of citizenship between Merry and GE, and the citizenship of the other two defendants, General Electric & Machinery, Inc. and Highland Hospital, should be ignored because they are "sham" defendants. *Id*.

Plaintiff Merry has requested leave to file a second amended complaint, Dkt. No. 39, which no defendant has opposed. Among other changes, Merry seeks to remove General Electric & Machinery, Inc. as a defendant, and to add GCX Corporation as a new defendant. *Id*. Merry explains that he has learned that General Electric & Machinery, Inc. is an "HVAC company" that is "unrelated to General Electric Company," and it is GCX Corporation whose name is stamped on the anesthesia machine at issue. *Id*.

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1447(e), the Court finds it appropriate to permit the amendment and remand the action. Merry has adequately established that the amendment should be granted in the interest of justice. *See* Fed. R. Civ. P.

15(a)(2). The case is still in the very early stages of litigation, and GCX Corporation is a citizen of California, as is Merry. *See* Dkt. No. 39, Ex. 3 ¶¶ 1, 5; *see also Madriaga v. United Airlines, Inc.*, No. 23-cv-06184-JD, 2024 WL 3304795, at *1 (N.D. Cal. July 3, 2024).

The second amended complaint, Dkt. No. 39, Ex. 3, is deemed filed, and the case is remanded to the Superior Court of California for Alameda County. In light of the amendment and this order, the pending motions to dismiss, Dkt. Nos. 8, 9, and motion to remand, Dkt. No. 25, are terminated as moot.

**IT IS SO ORDERED.**

Dated: February 14, 2025

JAMES DONATO
United States District Judge